424 A.2d 548

Hecht et al. v. Keystone Insurance Co., Appellant.

* President Judge Francis J. Catania of the Court of Common Pleas of Delaware County, Pennsylvania, is sitting by designation.

638 

 Argued
June 27, 1979. C. Dean Francis, for appellant; Marshall E. Kresman, for appellee.

Before WIEAND, ROBINSON and LOUIK, JJ.**

Order affirmed.